# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH D. VICKERS,<br><br>    Plaintiff,<br><br>    v.<br><br>MALDONADO, et al.,<br><br>    Defendants. | Case No. 1:14-cv-02039-SAB (PC)<br><br>ORDER REQUIRING DEFENDANTS TO LODGE OR EMAIL COPY OF DEPOSITION |

On December 1, 2016, Defendants filed a motion for summary judgment and attached portions of Plaintiff's deposition. (ECF No. 47.) Pursuant to the Local Rules,

> Before or upon the filing of a document making reference to a deposition, counsel relying on the deposition shall ensure that a courtesy hard copy of the entire deposition so relied upon has been submitted to the Clerk for use in chambers. Alternatively, counsel relying on a deposition may submit an electronic copy of the deposition in lieu of the courtesy paper copy to the email box of the Judge or Magistrate Judge and concurrently email or otherwise transmit the deposition to all other parties.

L.R. 133(j). Defendants did not lodge a complete deposition as required by Local Rule 133(j).

Accordingly, IT IS HEREBY ORDERED that Defendants shall lodge a hard copy of Plaintiff's entire deposition or email an electronic copy of the entire deposition to saborders@caed.uscourts.gov within five days from the date of service of this order.

IT IS SO ORDERED.

Dated: **February 28, 2017**

                                          UNITED STATES MAGISTRATE JUDGE

1